# U.S. District Court
# Southern District of California (San Diego)
# CIVIL DOCKET FOR CASE #: 3:23–cv–01953–BEN–DDL

Nielsen et al v. United States of America
Assigned to: Judge Roger T. Benitez
Referred to: Magistrate Judge David D. Leshner
Demand: $75,000
Cause: 28:1331 Fed. Question

Date Filed: 10/23/2023
Date Terminated: 10/27/2023
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

Early Neutral Evaluation Conference:
Case Management Conference:
Status Hearing:
Status Conference:
Mandatory Settlement Conference:

Settlement Conference:
Settlement Disposition Conference:
Pretrial Conference:
Final Pretrial Conference:
Trial Date:

**Plaintiff**

**Hon. Kirstjen Nielsen**
*former Secretary of Homeland Security*

represented by **Eugene Lim**
Ellis George Cipollone O'Brien LLP
2121 Avenue of the Stars
30th Floor
Los Angeles, CA 90067
310–274–7100
Email: elim@egcfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Peter O'Brien**
Ellis George Cipollone O'Brien Annaguey LLP
2121 Avenue of the Stars
30th Floor
Los Angeles, CA 90067
310–274–7100
Fax: 310–275–5697
Email: tobrien@egcfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wilbur P.G.**

represented by **Brook Dooley**
Keker and Van Nest LLP
633 Battery Street
San Francisco, CA 94111
415–391–5400
Email: bdooley@kvn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
Keker, Van Nest & Peters LLP
633 Battery Street

>
> San Francisco, CA 94111
> 415–391–5400
> Fax: 415–397–7188
> Email: csun@keker.com
> *LEAD ATTORNEY*
> *ATTORNEY TO BE NOTICED*
>
> **Travis S. Silva**
> Keker, Van Nest & Peters LLP
> 633 Battery Street
> San Francisco, CA 94111
> 415–391–5400
> Email: tsilva@keker.com
> *LEAD ATTORNEY*
> *ATTORNEY TO BE NOTICED*
>
> **Jordan Wells**
> Lawyers Committee for Civil Rights of the San Francisco Bay
> 131 Steuart Street
> Suite 400
> San Francisco, CA 94105
> 201–400–9404
> Email: jwells@lccrsf.org
> *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wilfredo Baltazar P.E.**
*a minor child*

represented by **Brook Dooley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Travis S. Silva**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Wells**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erendira C.M.**

represented by **Brook Dooley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher S. Sun**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Travis S. Silva**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Wells**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yasmin Alicia M.C.**    represented by   **Brook Dooley**
*a minor child*                              (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Travis S. Silva**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Wells**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joshua G.G.**    represented by   **Brook Dooley**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Christopher S. Sun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Travis S. Silva**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Wells**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Karl Luis G.G.**<br>*minor child* | represented by | **Brook Dooley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Christopher S. Sun**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Travis S. Silva**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jordan Wells**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **United States of America** | represented by | **U S Attorney CV**<br>U S Attorneys Office Southern District of California<br>Civil Division<br>880 Front Street<br>Suite 6253<br>San Diego, CA 92101<br>(619)557−5662<br>Fax: (619)557−7122<br>Email: Efile.dkt.civ@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Christopher Marisak Lynch**<br>United States Department of Justice, Civil Division<br>Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20009<br>(202) 353−4537<br>Fax: (202) 616−8470<br>Email: christopher.m.lynch@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2023 | Ï 1 | MOTION TO QUASH OUT OF DISTRICT SUBPOENA against United States of America ( Filing fee $ 402 receipt number ACASDC−18290208.), filed by Kirstjen Nielsen. (Attachments: # |

| | | |
|---|---|---|
| | | 1 Civil Cover Sheet, # 2 Declaration of Thomas P. O'Brien and Exhibits 1 through 8)<br><br>The new case number is 3:23–cv–1953–BEN–DDL. Judge Roger T. Benitez and Magistrate Judge David D. Leshner are assigned to the case.(rxc) (jms). (Entered: 10/24/2023) |
| 10/23/2023 | Ï 1 | MOTION TO QUASH OUT OF DISTRICT SUBPOENA by Non–Party Kirstjen Nielsen. (rxc) (jms). (Entered: 10/24/2023) |
| 10/24/2023 | Ï 2 | MOTION to Stay re 1 Motion to Quash Out of District Subpoena, 1 MOTION to Quash *Emergency Notice of Motion and Motion to Stay Any Deposition of Non–Party Kirstjen Nielsen Pending The Resolution of Her Pending Motion to Quash,*, MOTION to Shorten Time *And Ex Parte Application To Shorten Time Regarding Her Motion to Stay* by Kirstjen Nielsen. (Attachments: # 1 Declaration Thomast P. O'Brien (Exs. 1–4), # 2 [Proposed] Order Granting Non–Party Kirstjen Nielsen's Emergency Motion To Stay Deposition of Non–Party Kirstjen Nielsen, # 3 [Proposed] Order Granting Non–Party Kirstjen Nielsen's Ex Parte Application to Shorten Time regarding Her Motion to Stay Motion to)(O'Brien, Thomas) QC Mailer re Proposed orders should not be attached (ddf). (Entered: 10/24/2023) |
| 10/25/2023 | Ï 3 | MINUTE ORDER: The Court sets a remote hearing regarding 1 Plaintiff Nielsen's Motion to Quash Subpoena and 2 Plaintiff Nielsen's *Ex Parte* Motion to Stay Deposition Pending Resolution of Motion to Quash for **October 27, 2023, at 9:00 a.m.** Instructions for remote appearances will be provided prior to the hearing. (Motion Hearing set for 10/27/2023 09:00 AM before Magistrate Judge David D. Leshner.) (no document attached) (kmc) (Entered: 10/25/2023) |
| 10/25/2023 | Ï 4 | NOTICE Of Videoconference Information For Motion Hearing (ddf) (Entered: 10/25/2023) |
| 10/25/2023 | Ï 5 | NOTICE of Appearance by Travis S. Silva on behalf of Yasmin Alicia M.C., Wilfredo Baltazar P.E., Erendira C.M., Joshua G.G., Karl Luis G.G., Wilbur P.G. (Silva, Travis)Attorney Travis S. Silva added to party Yasmin Alicia M.C.(pty:pla), Attorney Travis S. Silva added to party Wilfredo Baltazar P.E.(pty:pla), Attorney Travis S. Silva added to party Erendira C.M.(pty:pla), Attorney Travis S. Silva added to party Joshua G.G.(pty:pla), Attorney Travis S. Silva added to party Karl Luis G.G.(pty:pla), Attorney Travis S. Silva added to party Wilbur P.G.(pty:pla) (ddf). (Entered: 10/25/2023) |
| 10/25/2023 | Ï 6 | NOTICE of Appearance by Jordan Wells on behalf of Yasmin Alicia M.C., Wilfredo Baltazar P.E., Erendira C.M., Joshua G.G., Karl Luis G.G., Wilbur P.G. (Wells, Jordan)Attorney Jordan Wells added to party Yasmin Alicia M.C.(pty:pla), Attorney Jordan Wells added to party Wilfredo Baltazar P.E.(pty:pla), Attorney Jordan Wells added to party Erendira C.M.(pty:pla), Attorney Jordan Wells added to party Joshua G.G.(pty:pla), Attorney Jordan Wells added to party Karl Luis G.G.(pty:pla), Attorney Jordan Wells added to party Wilbur P.G.(pty:pla) (ddf). (Entered: 10/25/2023) |
| 10/26/2023 | Ï 7 | NOTICE of Appearance by Brook Dooley on behalf of Yasmin Alicia M.C., Wilfredo Baltazar P.E., Erendira C.M., Joshua G.G., Karl Luis G.G., Wilbur P.G. (Dooley, Brook)Attorney Brook Dooley added to party Yasmin Alicia M.C.(pty:pla), Attorney Brook Dooley added to party Wilfredo Baltazar P.E.(pty:pla), Attorney Brook Dooley added to party Erendira C.M.(pty:pla), Attorney Brook Dooley added to party Joshua G.G.(pty:pla), Attorney Brook Dooley added to party Karl Luis G.G.(pty:pla), Attorney Brook Dooley added to party Wilbur P.G.(pty:pla) (ddf). (Entered: 10/26/2023) |
| 10/26/2023 | Ï 8 | NOTICE of Appearance by Christopher S. Sun on behalf of Yasmin Alicia M.C., Wilfredo Baltazar P.E., Erendira C.M., Joshua G.G., Karl Luis G.G., Wilbur P.G. (Sun, Christopher)Attorney Christopher S. Sun added to party Yasmin Alicia M.C.(pty:pla), Attorney Christopher S. Sun added to party Wilfredo Baltazar P.E.(pty:pla), Attorney Christopher S. Sun added to party Erendira C.M.(pty:pla), Attorney Christopher S. Sun added to party Joshua G.G.(pty:pla), Attorney Christopher S. Sun added to party Karl Luis G.G.(pty:pla), Attorney Christopher S. Sun added to |

| | | |
|---|---|---|
| | | party Wilbur P.G.(pty:pla) (ddf). (Entered: 10/26/2023) |
| 10/26/2023 | 9 | Request to Appear Pro Hac Vice (Filing fee received: $213.00 receipt number ACASDC–18299881.)(Application to be reviewed by Clerk.) (Attachments: # 1 Proof of Service)(Philbin, Patrick) QC mailer sent; missing signature. (jrd) (Entered: 10/26/2023) |
| 10/26/2023 | 10 | Request to Appear Pro Hac Vice (Refer to ECF No. 9 for receipt and payment information.)(Application to be reviewed by Clerk.) (Attachments: # 1 Proof of Service)(Philbin, Patrick) (jrd) (Entered: 10/26/2023) |
| 10/26/2023 | 11 | Request to Appear Pro Hac Vice (Filing fee received: $213.00 receipt number ACASDC–18300443.)(Application to be reviewed by Clerk.) (Attachments: # 1 Proof of Service)(Harrington, Chase)(jrd) (Entered: 10/26/2023) |
| 10/26/2023 | 12 | Request to Appear Pro Hac Vice (Filing fee received: $213.00 receipt number ACASDC–18300521.)(Application to be reviewed by Clerk.) (Wareham, James)(jrd) (Entered: 10/26/2023) |
| 10/26/2023 | 13 | Request to Appear Pro Hac Vice (Filing fee received: $213.00 receipt number ACASDC–18300636.)(Application to be reviewed by Clerk.) (Anklam, James)(jrd) (Entered: 10/26/2023) |
| 10/26/2023 | 14 | NOTICE *Statement of Interest of United States* by United States of America re 1 Motion to Quash Out of District Subpoena, (Lynch, Christopher)Attorney Christopher Marisak Lynch added to party United States of America(pty:dft) (ddf). (Entered: 10/26/2023) |
| 10/26/2023 | 15 | ORDER: At the motion hearing on October 27, 2023, the parties shall be prepared to address whether "exceptional circumstances" justify transferring the motion to quash to the Northern District of California pursuant to Fed. R. Civ. P. 45(f) given that the motion raises issues previously addressed by Judge Westmore. *See, e.g., Moon Mountain Farms, LLC v. Rural Cmty. Ins. Co.*, 301 F.R.D. 426 (N.D. Cal. 2014). Signed by Magistrate Judge David D. Leshner on October 26, 2023. (no document attached) (kmc) (Entered: 10/26/2023) |
| 10/27/2023 | 16 | ORDER REFERRING MOTION: 2 MOTION to Stay re 1 Motion to Quash Out of District Subpoena, 1 MOTION to Quash *Emergency Notice of Motion and Motion to Stay Any Deposition of Non–Party Kirstjen Nielsen Pending The Resolution of Her Pending Motion to Quash*, MOTION to Shorten Time *And Ex Parte Application To Shorten Time Regarding Her Motion to Stay* filed by Kirstjen Nielsen, 1 MOTION to Quash filed by Kirstjen Nielsen. Signed by Judge Roger T. Benitez on 10/27/2023. Motions set before David D. Leshner.(no document attached) (blr) (Entered: 10/27/2023) |
| 10/27/2023 | 17 | Motion Hearing regarding 1 Secretary Nielsen's Motion to Quash Subpoena and 2 Secretary Nielsen's *Ex Parte* Motion to Stay Deposition Pending Resolution of Motion to Quash held on 10/27/2023 before Magistrate Judge David D. Leshner. Patrick Philbin, Chase Harrington, Eugene Lim, and James Anklam appeared for Moving Party Honorable Secretary Kirstjen Nielsen. Brook Dooley and Travis S. Silva appeared for Non–Moving Parties Wilbur P.G., et al. No appearance was made on behalf of the United States of America. (no document attached) (kmc) (Entered: 10/27/2023) |
| 10/27/2023 | 18 | TRANSCRIPT ORDER – For hearing(s) on 10/27/2023 by Kirstjen Nielsen. (Lim, Eugene) (ddf). (Entered: 10/27/2023) |
| 10/27/2023 | 19 | Case transferred to District of Northern District of California. Files transferred electronically to: *District of Northern District of California*.*450 Golden Gate Avenue, Box 36060**San Francisco, CA 941023434*. Signed by Magistrate Judge David D. Leshner on 10/27/2023. |

(Attachments: # 1 Transfer Order) (ddf) (Entered: 10/27/2023)