UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of a Subpoena to Testify at a Deposition in a Civil Action addressed to The Hon. Kirstjen Nielsen, former Secretary of Homeland Security | Case No. 4:23-mc-80280-KAW<br><br>**ORDER STRIKING MOVANT'S DECLINATION TO MAGISTRATE JUDGE JURISDICTION**<br><br>Re: Dkt. No. 48 |

On November 9, 2023, Movant Kirstjen Nielsen filed a declination to the jurisdiction of the undersigned magistrate judge. (Dkt. No. 48.) The declination was filed in error. This is not a dispositive miscellaneous case where the resolution would constitute a "final" decision, because it would not result in the disassociation of the district court from the case entirely because the underlying, related case[1] remains open. *See CPC Pat. Techs. Pty Ltd. v. Apple, Inc.,* 34 F.4th 801, 805 (9th Cir. 2022).

Accordingly, the declination (Dkt. No. 48) is STRICKEN. The hearing set for November 14, 2023 at 2:00 PM, before the undersigned, remains on calendar.

IT IS SO ORDERED.

Dated: November 9, 2023

KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] *P.G. v. United States,* 21-cv-04457-KAW.