**TORRIDON LAW PLLC**
Patrick F. Philbin (*pro hac vice*)
Chase Harrington (*pro hac vice*)
1155 F Street NW Suite 750
Washington, DC 20004
Telephone: (202) 249-6900
Email: pphilbin@torridonlaw.com
      charrington@torridonlaw.com

**ELLIS GEORGE LLP**
David J. Carroll (State Bar No. 291665)
Eugene Lim (State Bar No. 318348)
2121 Avenue of the Stars Suite 3000
Los Angeles, CA 90067
Telephone: (310) 274-7100
Email: dcarroll@ellisgeorge.com
      elim@ ellisgeorge.com

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
James D. Wareham (*pro hac vice*)
James E. Anklam (*pro hac vice*)
801 17th Street NW
Washington, DC 20006
Telephone: (202) 639-7000
Email: james.wareham@friedfrank.com
      james.anklam@friedfrank.com

*Counsel for non-Party Kirstjen Nielsen*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of a Subpoena to Testify at a Deposition in a Civil Action addressed to The Hon. Kirstjen Nielsen, former Secretary of Homeland Security | Case No. 4:23-mc-80280-KAW<br><br>**NOTICE OF FILING** |

**TO THE COURT AND RESPONDENTS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on February 16, 2024, Secretary Kirstjen Nielsen, by and through counsel, filed a Petition for Writ of Mandamus in the United States Court of Appeals for the Ninth Circuit. Because the petition and appendix contain material that is under seal in this Court, Secretary Nielsen has filed the petition and appendix under seal in the Ninth Circuit.

Secretary Nielsen will separately file these materials in this Court, in redacted and unredacted forms, as attachments to a forthcoming administrative motion.

February 16, 2024                               Respectfully submitted.

/s/ *Patrick F. Philbin*

| | |
|---|---|
| **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP** <br> James D. Wareham (*pro hac vice*) <br> James E. Anklam (*pro hac vice*) <br> 801 17th Street NW <br> Washington, DC 20006 <br> Telephone: (202) 639-7000 <br> Email: james.wareham@friedfrank.com <br>           james.anklam@friedfrank.com | **TORRIDON LAW PLLC** <br> Patrick F. Philbin (*pro hac vice*) <br> Chase Harrington (*pro hac vice*) <br> 1155 F Street, NW <br> Suite 750 <br> Washington, DC 20004 <br> Telephone: (202) 249-6644 <br> Email:  pphilbin@torridonlaw.com <br>           charrington@torridonlaw.com |

**ELLIS GEORGE LLP**
David J. Carroll (State Bar No. 291665)
Eugene Lim (State Bar No. 318348)
2121 Avenue of the Stars Suite 3000
Los Angeles, CA 90067
Telephone: (310) 274-7100
Email: dcarroll@ellisgeorge.com
          elim@ellisgeorge.com

*Counsel for non-Party Kirstjen Nielsen*