**TORRIDON LAW PLLC**
Patrick F. Philbin (*pro hac vice*)
Chase Harrington (*pro hac vice*)
1155 F Street NW Suite 750
Washington, DC 20004
Telephone: (202) 249-6900
Email: pphilbin@torridonlaw.com
charrington@torridonlaw.com

**ELLIS GEORGE CIPOLLONE O'BRIEN LLP**
David J. Carroll (State Bar No. 291665)
2121 Avenue of the Stars Suite 3000
Los Angeles, CA 90067
Telephone: (310) 274-7100
Email: dcarroll@egcfirm.com

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
James D. Wareham (*pro hac vice*)
James E. Anklam (*pro hac vice*)
801 17th Street NW
Washington, DC 20006
Telephone: (202) 639-7000
Email: james.wareham@friedfrank.com
james.anklam@friedfrank.com

*Counsel for Non-Party Kirstjen Nielsen*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of a Subpoena to Testify at a Deposition in a Civil Action addressed to The Hon. Kirstjen Nielsen, former Secretary of Homeland Security | Case No. 4:23-mc-80280-KAW<br><br>Assigned to Magistrate Judge Kandis A. Westmore<br><br>**NON-PARTY KIRSTJEN NIELSEN'S STATUS REPORT**<br><br>Trial Date: None Set |

1  In accordance with the Court's order granting a stay, *see* Order 2, Dkt. 102 (Feb. 21, 2024), Secretary Neilsen hereby submits an update as to the status of her pending mandamus petition. Secretary Nielsen filed her last status update on March 22, 2024. Since that date, the following events have taken place in the case:

As the Court is aware, on March 27, 2024, the Court, as respondent, filed an answer to the petition.

On March 28, 2024, Plaintiffs filed their answer to the petition for mandamus.

On April 11, 2024, Secretary Nielsen filed her reply brief in support of her petition for mandamus.

Finally, on March 24 and again on April 11, the Ninth Circuit issued notices scheduling the case for oral argument on June 5, 2024 in Portland, Oregon.

Counsel for the Secretary and counsel for Plaintiffs as real parties in interest have each filed their acknowledgment of the forthcoming oral argument.

April 19, 2024

Respectfully submitted,

/s/ *Patrick F. Philbin*

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
James D. Wareham (*pro hac vice*)
James E. Anklam (*pro hac vice*)
801 17th Street N.W.
Washington, DC 20006
Telephone: (202) 639-7000
Email: james.wareham@friedfrank.com
         james.anklam@friedfrank.com

**TORRIDON LAW PLLC**
Patrick F. Philbin (*pro hac vice*)
Chase Harrington (*pro hac vice*)
1155 F Street N.W. Suite 750
Washington, DC 20004
Telephone: (202) 249-6900
Email: pphilbin@egcfirm.com
         charrington@egcfirm.com

**ELLIS GEORGE LLP**
David J. Carroll (State Bar No. 291665)
2121 Avenue of the Stars Suite 3000
Los Angeles, CA 90067
Telephone: (310) 274-7100
Email: dcarroll@egcfirm.com

*Counsel for Non-Party Kirstjen Nielsen*