**TORRIDON LAW PLLC**
Patrick F. Philbin (*pro hac vice*)
Chase Harrington (*pro hac vice*)
1155 F Street NW Suite 750
Washington, DC 20004
Telephone: (202) 249-6900
Email: pphilbin@torridonlaw.com
charrington@torridonlaw.com

**ELLIS GEORGE CIPOLLONE O'BRIEN LLP**
David J. Carroll (State Bar No. 291665)
2121 Avenue of the Stars Suite 3000
Los Angeles, CA 90067
Telephone: (310) 274-7100
Email: dcarroll@egcfirm.com

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
James D. Wareham (*pro hac vice*)
James E. Anklam (*pro hac vice*)
801 17th Street NW
Washington, DC 20006
Telephone: (202) 639-7000
Email: james.wareham@friedfrank.com
james.anklam@friedfrank.com

*Counsel for Non-Party Kirstjen Nielsen*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of a Subpoena to Testify at a Deposition in a Civil Action addressed to The Hon. Kirstjen Nielsen, former Secretary of Homeland Security | Case No. 4:23-mc-80280-KAW<br><br>Assigned to Magistrate Judge Kandis A. Westmore<br><br>**NON-PARTY KIRSTJEN NIELSEN'S STATUS REPORT**<br><br>Trial Date: None Set |

In accordance with the Court's order granting a stay, *see* Order 2, Dkt. 102 (Feb. 21, 2024), Secretary Neilsen hereby submits an update as to the status of her pending mandamus petition. Secretary Nielsen filed her last status update on April 19, 2024. Dkt. No. 110.

On April 22, Plaintiffs filed their response to Secretary Neilsen's motion to seal certain items in the record. On April 29, Plaintiffs filed their response to the government's motion to seal Plaintiffs' opening brief.

On May 6, the government filed its reply in support of its motion to seal Plaintiffs' opening brief.

Both motions to seal remain pending with the Ninth Circuit.

Secretary Nielsen's petition for mandamus remains scheduled for oral argument on June 5, 2024 in Portland, Oregon.

May 21, 2024                                        Respectfully submitted,

                                                    /s/ *Patrick F. Philbin*

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
James D. Wareham (*pro hac vice*)
James E. Anklam (*pro hac vice*)
801 17th Street N.W.
Washington, DC 20006
Telephone: (202) 639-7000
Email: james.wareham@friedfrank.com
       james.anklam@friedfrank.com

**TORRIDON LAW PLLC**
Patrick F. Philbin (*pro hac vice*)
Chase Harrington (*pro hac vice*)
1155 F Street N.W. Suite 750
Washington, DC 20004
Telephone: (202) 249-6900
Email: pphilbin@egcfirm.com
       charrington@egcfirm.com

**ELLIS GEORGE LLP**
David J. Carroll (State Bar No. 291665)
2121 Avenue of the Stars Suite 3000
Los Angeles, CA 90067
Telephone: (310) 274-7100
Email: dcarroll@egcfirm.com

*Counsel for Non-Party Kirstjen Nielsen*