**TORRIDON LAW PLLC**
Patrick F. Philbin (*pro hac vice*)
Chase Harrington (*pro hac vice*)
1155 F Street NW Suite 750
Washington, DC 20004
Telephone: (202) 249-6900
Email: pphilbin@torridonlaw.com
      charrington@torridonlaw.com

**ELLIS GEORGE LLP**
David J. Carroll (State Bar No. 291665)
2121 Avenue of the Stars Suite 3000
Los Angeles, CA 90067
Telephone: (310) 274-7100
Email: dcarroll@ellisgeorge.com

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
James D. Wareham (*pro hac vice*)
James E. Anklam (*pro hac vice*)
801 17th Street NW
Washington, DC 20006
Telephone: (202) 639-7000
Email: james.wareham@friedfrank.com
james.anklam@friedfrank.com

*Counsel for Non-Party Kirstjen Nielsen*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of a Subpoena to Testify at a Deposition in a Civil Action addressed to The Hon. Kirstjen Nielsen, former Secretary of Homeland Security | Case No. 4:23-mc-80280-KAW<br><br>Assigned to Magistrate Judge Kandis A. Westmore<br><br>**NON-PARTY KIRSTJEN NIELSEN'S STATUS REPORT**<br><br>Trial Date: None Set |

1     In accordance with the Court's order granting a stay, *see* Order 2, Dkt. 102 (Feb. 21, 2024),
2 Secretary Neilsen hereby submits an update as to the status of her pending mandamus petition.
3 Secretary Nielsen filed her last status update on May 21, 2024.  Dkt. No. 110.
4     Oral argument was conducted on June 5 before a panel of the Ninth Circuit.  The case is
5 submitted and remains pending with the Ninth Circuit.

7 June 20, 2024                            Respectfully submitted,

8                                             /s/ *Patrick F. Philbin*

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
James D. Wareham (*pro hac vice*)
James E. Anklam (*pro hac vice*)
801 17th Street N.W.
Washington, DC 20006
Telephone: (202) 639-7000
Email: james.wareham@friedfrank.com
        james.anklam@friedfrank.com

**TORRIDON LAW PLLC**
Patrick F. Philbin (*pro hac vice*)
Chase Harrington (*pro hac vice*)
1155 F Street N.W. Suite 750
Washington, DC 20004
Telephone: (202) 249-6900
Email: pphilbin@torridonlaw.com
       charrington@torridonlaw.com

**ELLIS GEORGE LLP**
David J. Carroll (State Bar No. 291665)
2121 Avenue of the Stars Suite 3000
Los Angeles, CA 90067
Telephone: (310) 274-7100
Email: dcarroll@ellisgeorge.com

*Counsel for Non-Party Kirstjen Nielsen*