**TORRIDON LAW PLLC**
Patrick F. Philbin (*pro hac vice*)
Chase Harrington (*pro hac vice*)
801 Seventeenth Street NW Suite 1100
Washington, DC 20006
Telephone: (202) 249-6900
Email: pphilbin@torridonlaw.com
       charrington@torridonlaw.com

**ELLIS GEORGE LLP**
David J. Carroll (State Bar No. 291665)
2121 Avenue of the Stars Suite 3000
Los Angeles, CA 90067
Telephone: (310) 274-7100
Email: dcarroll@ellisgeorge.com

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
James D. Wareham (*pro hac vice*)
James E. Anklam (*pro hac vice*)
801 Seventeenth Street NW
Washington, DC 20006
Telephone: (202) 639-7000
Email: james.wareham@friedfrank.com
       james.anklam@friedfrank.com

*Counsel for Non-Party Kirstjen Nielsen*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of a Subpoena to Testify at a Deposition in a Civil Action addressed to The Hon. Kirstjen Nielsen, former Secretary of Homeland Security | Case No. 4:23-mc-80280-KAW<br><br>Assigned to Magistrate Judge Kandis A. Westmore<br><br>**NON-PARTY KIRSTJEN NIELSEN'S STATUS REPORT**<br><br>Trial Date: None Set |

1   In accordance with the Court's order granting a stay, *see* Order 2, Dkt. 102 (Feb. 21, 2024),
2 Secretary Neilsen hereby submits an update as to the status of her pending mandamus petition.
3 Secretary Nielsen filed her last status update on June 20, 2024.  Dkt. No. 112.
4   There have been no changes in status since the last status report.  The case remains under
5 submission with the Ninth Circuit.

July 19, 2024                                             Respectfully submitted,

/s/ *Patrick F. Philbin*

| **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP** | **TORRIDON LAW PLLC** |
|---|---|
| James D. Wareham (*pro hac vice*) | Patrick F. Philbin (*pro hac vice*) |
| James E. Anklam (*pro hac vice*) | Chase Harrington (*pro hac vice*) |
| 801 Seventeenth Street NW | 801 Seventeenth Street NW, Suite 1100 |
| Washington, DC 20006 | Washington, DC 20006 |
| Telephone: (202) 639-7000 | Telephone: (202) 249-6900 |
| Email: james.wareham@friedfrank.com | Email: pphilbin@torridonlaw.com |
|        james.anklam@friedfrank.com |        charrington@torridonlaw.com |

**ELLIS GEORGE LLP**
David J. Carroll (State Bar No. 291665)
2121 Avenue of the Stars Suite 3000
Los Angeles, CA 90067
Telephone: (310) 274-7100
Email: dcarroll@ellisgeorge.com

*Counsel for Non-Party Kirstjen Nielsen*