**TORRIDON LAW PLLC**
Patrick F. Philbin (*pro hac vice*)
Chase Harrington (*pro hac vice*)
801 Seventeenth Street N.W. Suite 1100
Washington, D.C. 20006
Telephone: (202) 249-6900
Email: pphilbin@torridonlaw.com
          charrington@torridonlaw.com

**ELLIS GEORGE LLP**
David J. Carroll (State Bar No. 291665)
2121 Avenue of the Stars Suite 3000
Los Angeles, CA 90067
Telephone: (310) 274-7100
Email: dcarroll@ellisgeorge.com

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
James D. Wareham (*pro hac vice*)
James E. Anklam (*pro hac vice*)
801 Seventeenth Street N.W.
Washington, D.C. 20006
Telephone: (202) 639-7000
Email: james.wareham@friedfrank.com
          james.anklam@friedfrank.com

*Counsel for Non-Party Kirstjen Nielsen*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of a Subpoena to Testify at a Deposition in a Civil Action addressed to The Hon. Kirstjen Nielsen, former Secretary of Homeland Security | Case No. 4:23-mc-80280-KAW<br><br>Assigned to Magistrate Judge Kandis A. Westmore<br><br>**NON-PARTY KIRSTJEN NIELSEN'S STATUS REPORT**<br><br>Trial Date: None Set |

In accordance with the Court's order granting a stay, *see* Order 2, Dkt. 102 (Feb. 21, 2024), Secretary Neilsen hereby submits an update as to the status of her pending mandamus petition. Secretary Nielsen filed her last status update on July 19, 2024. Dkt. No. 112.

On July 26, 2024 the government notified the U.S. Court of Appeals for the Ninth Circuit that the government and plaintiffs have agreed in principle to settle the matter in *Wilbur P.G. et al. v. United States*, No. 4:21-cv-04457 (N.D. Cal.), from which the mandamus petition arises. On July 30, the court of appeals entered a 60-day stay of proceedings, until September 28, to allow the parties to finalize any settlement and file a notice of dismissal. *See in re Nielsen*, Per Curiam Order, No. 24-867, Dkt. No. 70.1 (9th Cir. July 30, 2024). The case remains pending.

August 19, 2024

Respectfully submitted,

/s/ *Patrick F. Philbin*

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
James D. Wareham (*pro hac vice*)
James E. Anklam (*pro hac vice*)
801 Seventeenth Street N.W.
Washington, D.C. 20006
Telephone: (202) 639-7000
Email: james.wareham@friedfrank.com
         james.anklam@friedfrank.com

**TORRIDON LAW PLLC**
Patrick F. Philbin (*pro hac vice*)
Chase Harrington (*pro hac vice*)
801 Seventeenth Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 249-6900
Email: pphilbin@torridonlaw.com
         charrington@torridonlaw.com

**ELLIS GEORGE LLP**
David J. Carroll (State Bar No. 291665)
2121 Avenue of the Stars Suite 3000
Los Angeles, CA 90067
Telephone: (310) 274-7100
Email: dcarroll@ellisgeorge.com

*Counsel for Non-Party Kirstjen Nielsen*