1  **TORRIDON LAW PLLC**
Patrick F. Philbin (*pro hac vice*)
2  Chase Harrington (*pro hac vice*)
801 Seventeenth Street N.W. Suite 1100
3  Washington, D.C. 20006
Telephone: (202) 249-6900
4  Email: pphilbin@torridonlaw.com
             charrington@torridonlaw.com
5

6  **ELLIS GEORGE LLP**
David J. Carroll (State Bar No. 291665)
7  2121 Avenue of the Stars Suite 3000
Los Angeles, CA 90067
8  Telephone: (310) 274-7100
Email: dcarroll@ellisgeorge.com
9

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
10  James D. Wareham (*pro hac vice*)
James E. Anklam (*pro hac vice*)
11  801 Seventeenth Street N.W.
Washington, D.C. 20006
12  Telephone: (202) 639-7000
Email: james.wareham@friedfrank.com
13           james.anklam@friedfrank.com

14  *Counsel for Non-Party Kirstjen Nielsen*

15                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| In the Matter of a Subpoena to Testify at a Deposition in a Civil Action addressed to The Hon. Kirstjen Nielsen, former Secretary of Homeland Security | Case No. 4:23-mc-80280-KAW<br><br>Assigned to Magistrate Judge Kandis A. Westmore<br><br>**NON-PARTY KIRSTJEN NIELSEN'S STATUS REPORT**<br><br>Trial Date: None Set |

1  In accordance with the Court's order granting a stay, *see* Order 2, Dkt. 102 (Feb. 21, 2024), Secretary Neilsen hereby submits an update as to the status of her pending mandamus petition. Secretary Nielsen filed her last status update on October 18, 2024. Dkt. No. 117.

On September 27, 2024, the government submitted a letter to the U.S. Court of Appeals for the Ninth Circuit to request additional time to finalize a settlement with Plaintiffs. On September 30, the court of appeals entered another 60-day stay to and including November 29, 2024. *See in re Nielsen*, Per Curiam Order, No. 24-867, Dkt. No. 72.1 (9th Cir. Sept. 30, 2024). Accordingly, the stay in the Ninth Circuit remains in place until November 29, 2024.

November 18, 2024                                   Respectfully submitted,

/s/ *Patrick F. Philbin*

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
James D. Wareham (*pro hac vice*)
James E. Anklam (*pro hac vice*)
801 Seventeenth Street N.W.
Washington, D.C. 20006
Telephone: (202) 639-7000
Email: james.wareham@friedfrank.com
          james.anklam@friedfrank.com

**TORRIDON LAW PLLC**
Patrick F. Philbin (*pro hac vice*)
Chase Harrington (*pro hac vice*)
801 Seventeenth Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 249-6900
Email: pphilbin@torridonlaw.com
          charrington@torridonlaw.com

**ELLIS GEORGE LLP**
David J. Carroll (State Bar No. 291665)
2121 Avenue of the Stars Suite 3000
Los Angeles, CA 90067
Telephone: (310) 274-7100
Email: dcarroll@ellisgeorge.com

*Counsel for Non-Party Kirstjen Nielsen*