**TORRIDON LAW PLLC**
Patrick F. Philbin (*pro hac vice*)
Chase Harrington (*pro hac vice*)
801 Seventeenth Street N.W. Suite 1100
Washington, D.C. 20006
Telephone: (202) 249-6900
Email: pphilbin@torridonlaw.com
  charrington@torridonlaw.com

**ELLIS GEORGE LLP**
David J. Carroll (State Bar No. 291665)
2121 Avenue of the Stars Suite 3000
Los Angeles, CA 90067
Telephone: (310) 274-7100
Email: dcarroll@ellisgeorge.com

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
James D. Wareham (*pro hac vice*)
James E. Anklam (*pro hac vice*)
801 Seventeenth Street N.W.
Washington, D.C. 20006
Telephone: (202) 639-7000
Email: james.wareham@friedfrank.com
  james.anklam@friedfrank.com

*Counsel for Non-Party Kirstjen Nielsen*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of a Subpoena to Testify at a Deposition in a Civil Action addressed to The Hon. Kirstjen Nielsen, former Secretary of Homeland Security | Case No. 4:23-mc-80280-KAW<br><br>Assigned to Magistrate Judge Kandis A. Westmore<br><br>**NON-PARTY KIRSTJEN NIELSEN'S STATUS REPORT**<br><br>Trial Date: None Set |

1    In accordance with the Court's order granting a stay, *see* Order 2, Dkt. 102 (Feb. 21, 2024), Secretary Nielsen hereby submits an update as to the status of her pending mandamus petition. Secretary Nielsen filed her last status update on December 17, 2024.  Dkt. No. 119.

There is no update to report since Secretary Nielsen's last status update. The Ninth Circuit has withdrawn submission of the case in anticipation that a motion to dismiss the would be filed once the settlement agreement is executed in *Wilbur P.G. et al. v. United States*, No. 4:21-cv-04457 (N.D. Cal.), from which the mandamus petition arises. *In re Nielsen*, Per Curiam Order, No. 24-867, Dkt. No. 74.1 (9th Cir. Nov. 27, 2024).  Plaintiffs have not yet filed a stipulated dismissal of their claims, and the government has not filed an update concerning the status of the settlement with the Ninth Circuit.

January 16, 2025

Respectfully submitted,

/s/ *Patrick F. Philbin*

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
James D. Wareham (*pro hac vice*)
James E. Anklam (*pro hac vice*)
801 Seventeenth Street N.W.
Washington, D.C. 20006
Telephone: (202) 639-7000
Email: james.wareham@friedfrank.com
         james.anklam@friedfrank.com

**ELLIS GEORGE LLP**
David J. Carroll (State Bar No. 291665)
2121 Avenue of the Stars Suite 3000
Los Angeles, CA 90067
Telephone: (310) 274-7100
Email: dcarroll@ellisgeorge.com

**TORRIDON LAW PLLC**
Patrick F. Philbin (*pro hac vice*)
Chase Harrington (*pro hac vice*)
801 Seventeenth Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 249-6900
Email: pphilbin@torridonlaw.com
         charrington@torridonlaw.com

*Counsel for Non-Party Kirstjen Nielsen*