**FILED**

FEB 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KIRSTJEN M. NIELSEN, former Secretary of Homeland Security,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND,<br><br>Respondent,<br><br>WILBUR P.G.; et al.,<br><br>Real Parties in Interest,<br><br>------------------------------<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Amici Curiae. | No. 24-867<br><br>D.C. No. 4:23-mc-80280<br>Northern District of California, San Francisco<br><br>ORDER |

Before: RAWLINSON, FORREST, and SUNG, Circuit Judges.

The Suggestion of Mootness and Motion to Vacate the Order of the District Court, filed January 29, 2025, is GRANTED. This petition for a writ of mandamus is DISMISSED as moot and the district court's order dated January 24, 2024 (Dkt. No. 87) is VACATED.

**DISMISSED as moot.**